## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA GONZALEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　　　　　　Defendant. | Civ. No. 3:21-cv-16696-ZNQ-DEA |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action against T-Mobile USA, Inc. without prejudice. Neither an answer to the complaint nor a motion for summary judgment has been served. A class has not been certified.

Dated: July 12, 2022

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

By:  /s/ James E. Cecchi
　　　JAMES E. CECCHI
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
JCecchi@carellabyrne.com

So Ordered this 13th day of July, 2022.

_[signature]_
Hon. Zahid N. Quraishi
United States District Judge